UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN KUTCHERA,

        Plaintiff,                Case No. 20-cv-930

v.

STATE FARM INSURANCE COMPANIES,

        Defendant.

---

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

---

I, the undersigned counsel of record for defendant State Farm Fire and Casualty Company, improperly named and identified as State Farm Insurance Companies, make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

   NO

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

   NO

DATED this 6th day of October, 2020.

                BOARDMAN & CLARK LLP
                By
                */s/ Sarah A. Zylstra*
                Sarah A. Zylstra, State Bar No. 1033159
                Attorneys for Defendant State Farm Fire and Casualty Company improperly named as State Farm Insurance Companies
                1 South Pinckney Street, Suite 410
                P.O. Box 927
                Madison, Wisconsin  53701-0927
                (608) 283-1741
                szylstra@boardmanclark.com