UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN KUTCHERA,

                Plaintiff,                Case No. 3:20-cv-00930

v.

STATE FARM INSURANCE COMPANIES,

                Defendant.

---

### ORDER TO SUBSTITUTE PARTIES AND AMEND CAPTION AND PLEADINGS

---

Upon reviewing Plaintiff's Unopposed Motion to Substitute Parties and Amend Caption and Pleadings:

IT IS HEREBY ORDERED as follows:

1. State Farm Fire and Casualty Company is hereby substituted as the defendant in this action in place of State Farm Insurance Companies.

2. All allegations in the complaint about State Farm Insurance Companies and all defenses in the answer of State Farm Insurance Companies are hereby amended to refer to and by State Farm Fire and Casualty Company.

Entered February 22, 2021.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge