IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN KUTCHERA,

    Plaintiff,

  v.                                                       Case No.  20-cv-930-jdp

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant State Farm Fire and Casualty Company against plaintiff Steven Kutchera dismissing this case.

    s/ K. Frederickson, Deputy Clerk                September 15, 2021
    Peter Oppeneer, Clerk of Court                        Date