UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF WISCONSIN
CASE NO. 20-CV-930

---

STEVEN KUTCHERA,

                Plaintiff,                **NOTICE OF APPEAL**

v.

STATE FARM FIRE AND CASUALTY COMPANY,

                Defendant.

---

      Notice is hereby given that Steven Kutchera, plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final opinion and order entered in this action on the 15th day of September, 2021.

                              **MAYER, GRAFF & WALLACE LLP**

                              *s/ Justin F. Wallace*
              By: _____
                              Justin F. Wallace, SBN: 1069331
                              Travis L. Yang, SBN: 1112869
                              Attorneys for Plaintiff Steven Kutchera
                              1425 Memorial Drive, Suite B
                              Manitowoc, WI 54220
                              (920) 683-5800 Telephone
                              (800) 465-1031 Facsimile
                              jwallace@mgwlawwi.com
                              tyang@mgwlawwi.com